UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELVIN STRICKLAND,

          Plaintiff,

-vs-                                      Case No. 13-CV-1127

LT. VAN LANEN, *et al.*,

          Defendants.

## DECISION AND ORDER

On May 20, 2014, Steven Scott, a prisoner at Green Bay Correctional Institution, filed a Petition for Conjunction into Civil Action as a Party. Mr. Scott wishes to join as a plaintiff in this action and sets forth allegations similar to those upon which the plaintiff is proceeding. Neither the plaintiff or the defendants have responded to Mr. Scott's petition. The procedure for joinder of a party has not been satisfied. Moreover, the Court will not *sua sponte* order joinder of the petitioner because joinder is not required in this case. *See* Fed. R. Civ. P. 19.

**IT IS THEREFORE ORDERED** that Steven Scott's petition for conjunction into civil action as a party (Docket # 16) is **DENIED**. Mr. Scott shall be terminated from this action.

Dated at Milwaukee, Wisconsin, this 15th day of July, 2014.

                                                            **SO ORDERED,**

                                                  **HON. RUDOLPH T. RANDA**
                                                  **U. S. District Judge**